1 Joel B. Robbins, Esq. (011065)
2 Anne E. Findling, Esq. (010871)
**ROBBINS & CURTIN, p.l.l.c.**
3 301 East Bethany Home Road, Suite B-100
Phoenix, Arizona 85012
4 Tel: 602/285-0100
5 Fax: 602/265-0267
joel@robbinsandcurtin.com
6
7 *Attorneys for Plaintiff*

8 ### UNITED STATES DISTRICT COURT

9 ### DISTRICT OF ARIZONA

10

11 **Daniel J. Pochoda**,

No. CV08-2254-PHX-NVW

12               Plaintiff,

**MOTION TO AMEND**

13        vs.

14 **Joseph M. Arpaio**, *et al.*

15               Defendants.

16

17        Plaintiff Daniel J. Pochoda, through counsel, respectfully requests leave to amend

18 his complaint in the manner set forth in **Exhibit 1**, hereto. Specifically, Plaintiff seeks to

19 add a new defendant, GM Security & Consulting, LLC, the security firm operated by

20 Defendant Gary McGuire and who employed all of the individual Defendants at the time

21 of Mr. Pochoda's arrest. This motion is based upon the complete file and record in this

22 matter, and the accompanying memorandum of points and authorities.

23 **I.     Background**

24        Plaintiff Daneil Pochoda is the legal director of the Arizona chapter of the

25 American Civil Liberties Union. On November 3, 2007, Mr. Pochoda drove his vehicle

26 to the area of 32nd Street and Thomas Road to observe an ongoing immigration-related

27 protest. As he returned to his vehicle in an adjacent parking lot, he was cut off by the

28 individual Defendants and arrested for trespassing.

ROBBINS & CURTIN, P.L.L.C.
301 East Bethany Home Road, Suite B-100
Phoenix, Arizona 85012
Telephone: (602) 285-0707 ♦ Fax: (602) 265-0267

ROBBINS & CURTIN, P.L.L.C.
301 East Bethany Home Road, Suite B-100
Phoenix, Arizona 85012
Telephone: (602) 285-0707 ♦ Fax: (602) 265-0267

1   Defendants McGuire, Powe, and Enriquez are all deputies with the Maricopa

2   County Sheriff's Office.   However, at the time of Mr. Pochoda's arrest, the three

3   individual Defendants were all in the employ (as independent contractors, according to

4   Defendants) of GM Security & Consulting, LLC ("GM Security"), a for-profit security

5   company owned and operated by Defendant McGuire.  *See* **Exhibit 2**.  Moreover, GM

6   Security had been retained by Pruitt's Furniture Store, a business located at the epicenter

7   of the immigration protests.

8   Notably, the subject of the protests <u>were the deputies themselves and their hiring</u>

9   <u>by Pruitt's Furniture</u>.  *See* **Exhibit 3**.  According to the *Arizona Daily Star* and its

10   interview with a protest leader, Salvador Reza, Pruitt's hired GM Security and/or other

11   agencies utilizing off-duty officers for the express purpose of having undocumented

12   individuals deported:

> **Salvador Reza started bringing protesters here to pressure the store's owner to stop paying off-duty Maricopa County sheriff's deputies to patrol his parking lot**. Sheriff's deputies, some of whom are trained as immigration officers, are a special affront to the Hispanic community that surrounds the furniture store. Reza said the off-duty deputies have arrested and deported 65 illegal immigrants in the area so far.

*Id*. (emphasis added).  Put simply, the officers who arrested Mr. Pochoda were not simply

serving the public agenda attendant to their position as a peace officers -- namely, to

"vindicate public right and justice" -- but also to advance the <u>private agenda</u> of their

employers, GM Security and its employer, Pruitt's Furniture.  Accordingly, Plaintiff

seeks leave to amend his complaint to include GM Security as a defendant in this civil

rights matter.

## II.   <u>Discussion</u>

Amendment of pleadings is governed by Federal Rule of Civil Procedure 15,

which provides in pertinent part that "a party may amend the party's pleading only by

leave of court or by written consent of the adverse party; and leave shall be freely given

when justice so requires."  **Fed.R.Civ.P. 15(a)**.   It is well-established that leave to

amend a complaint should be liberally granted.  *Forsyth v. Humana, Inc.*. 114 F.3d 1467,

1   1482 (9th Cir. 1997).   The Ninth Circuit applies this rule with "extreme liberality."   *Id.*

2   (quoting *Morongo Band of Mission Indians v. Rose*, 893 F.2d 1074, 1079 (9th Cir.1990)).

3   The bias in favor of granting leave is so strong that a court must have a "substantial

4   reason" to deny leave.   *Dussouy v. Gulf Coast Investment Corp.*, 660 F.2d 594, 598 (5th

5   Cir. 1981).

6         A proposed amended complaint should be evaluated under the same deferential

7   standard mandated by Federal Rule of Civil Procedure 12(b)(6), namely, whether the

8   complaint alleges any set of facts that would entitle the plaintiff to relief.   *See Miller v.*

9   *Rykoff-Sexton, Inc.*, 845 F.2d 209, 214 (9th Cir.1988); *see also SAES Getters S.p.A. v.*

10   *Aeronex, Inc.*, 219 F.Supp.2d 1081, 1086 (S.D.Cal.2002) ("an amendment is 'futile' only

11   if it would clearly be subject to dismissal").   Here, all Defendants were employed by GM

12   Security at the time they arrested Mr. Pochoda.   As alleged by Mr. Pochoda, GM

13   Security's employer, Pruitt's Furniture, had a specific, private agenda to be advanced by

14   the off-duty police officers.   Most specifically, GM Security's employer (Pruitt's)

15   opposed the public protests – the cornerstone of the First Amendment --   that were

16   occurring outside its store.   While section 1983 normally applies only to state actors, it is

17   well established, beginning with the United State Supreme Court's decision in *Adickes v.*

18   *S.H. Kress & Co.*, 398 U.S. 144 (1970), that "[p]rivate parties [who] willfully participate

19   in joint action with state officials to deprive others of constitutional rights" are also liable

20   under the statute.   *United Steelworkers of America v. Phelps Dodge Corp.*, 865 F.2d

21   1539, 1540 (9th Cir.) (*en banc*), *cert. denied*, 493 U.S. 809 (1989).   In *Sloman v.*

22   *Tadlock*, 21 F.3d 1462 (9th Cir. 1994), the Ninth Circuit reversed a grant of summary

23   judgment for a private individual, holding that a jury should decide if the individual

24   conspired with police officers to have the plaintiff arrested because of the plaintiff's

25   political beliefs.   *Id.* at 1474.   Plaintiff has adequately alleged viable claims for relief

26   against GM Security, and he should be permitted to amend his complaint accordingly.

27

28

ROBBINS & CURTIN, P.L.L.C.
301 East Bethany Home Road, Suite B-100
Phoenix, Arizona 85012
Telephone: (602) 285-0707 ♦ Fax: (602) 265-0267

1  **III.    Conclusion**

2      For the reasons set forth herein, Plaintiff respectfully requests leave to amend his

3  complaint in the form set forth in **Exhibit 1**.

4      Dated this 17th day of July, 2009.

5                                    **ROBBINS & CURTIN, p.l.l.c.**

6

7                              By: /s_Anne E. Findling
                                    Joel B. Robbins
8                                   Anne E. Findling
                                    301 E. Bethany Home Road, Suite B-100
9                                   Phoenix, Arizona 85012
                                    *Attorneys for Plaintiff*

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ROBBINS & CURTIN, P.L.L.C.
301 East Bethany Home Road, Suite B-100
Phoenix, Arizona 85012
Telephone: (602) 285-0707 ◆ Fax: (602) 265-0267

1

2 **CERTIFICATE OF SERVICE**

3      I hereby certify that on July 17, 2009July 17, 2009, I electronically transmitted the

4 attached document to the Clerk's Office using the CM/ECF system for filing and

5 transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

6

7                          Timothy J. Casey, Esq.
                    Schmitt, Schneck, Smyth & Herrod, P.C.
8                     1221 East Osborn Road, Suite 105
                         Phoenix, Arizona 85014-5540
9                          *Attorney for Defendants*

10

11

12 By s/Trisha Haynes_____
      I:\Clients  Robbins & Curtin\Pochoda, Daniel\Pleadings\Motion to Amend re Second Amended Complaint.doc

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**ROBBINS & CURTIN, P.L.L.C.**
301 East Bethany Home Road, Suite B-100
Phoenix, Arizona 85012
Telephone: (602) 285-0707 ♦ Fax: (602) 265-0267