1  Timothy J. Casey (#013492)
   SCHMITT, SCHNECK, SMYTH & HERROD, P.C.
2  1221 East Osborn Road, Suite 105
   Phoenix, AZ 85014-5540
3  Telephone: (602) 277-7000
   Facsimile:  (602) 277-8663
4  timcasey@azbarristers.com
   Counsel for Defendants Arpaio, McGuire,
5  Powe and Enriquez

6

7

8                    **IN THE UNITED STATES DISTRICT COURT**

9                        **FOR THE DISTRICT OF ARIZONA**

10  Daniel J. Pochoda,                          No. CV08-2254-PHX-NVW

11                        Plaintiff,

12  vs.                                         **NOTICE OF SERVICE OF DEFENDANT
                                                ARPAIO'S SUPPLEMENTAL
13  Joseph Arpaio, in his individual and        RESPONSES TO PLAINTIFF'S
    official capacity as Sheriff of Maricopa    INTERROGATORIES AND DOCUMENT
14  County; Deputy McGuire, in his individual    REQUESTS DATED JULY 17, 2009 AND
    and official capacity as a deputy with the   IMPROPERLY DIRECTED TO NON-
15  Maricopa County Sheriff's Office;            PARTY MARICOPA COUNTY**
    Sergeant Powe, in his individual and
16  official capacity as a deputy with the
    Maricopa County Sheriff's Office; Deputy
17  Enriquez, in his individual and official
    capacity as a deputy with the Maricopa
18  County Sheriff's Office; John and Jane
    Does 1-10; Black Entities 1-5,

19

20                        Defendants.

21

22          On July 17, 2009, Plaintiff propounded a single interrogatory on "Defendant

23  Maricopa County."  Maricopa County, however, is not a named defendant in this case.

24  (Dkt# 21 and 43).  Defendant Arpaio has taken the liberty in the interest of judicial

25  economy of assuming that the single interrogatory/request was intended to be directed to

26  him and therefore has previously answered the same on August 17, 2009.

27          With the foregoing preliminary or background information provided, Defendant

28  Arpaio hereby provides Notice of serving this date his supplemental response to Plaintiff's

SCHMITT, SCHNECK, SMYTH &
HERROD, P.C.
Professional
Corporation

1  Interrogatory and Document Request Dated July17, 2009 directed to "Maricopa County."

2      RESPECTFULLY SUBMITTED this 3rd day of September, 2009.

3      SCHMITT, SCHNECK, SMYTH & HERROD, P.C.

4

5  *s/Timothy J. Casey*
Timothy J. Casey
6  Schmitt, Schneck, Smyth & Herrod, P.C.
1221 E. Osborn Rd., Suite 105
7  Phoenix, Arizona 85014
Telephone: (602) 277-7000
8  Facsimile:  (602) 277-8663
Counsel for Defendants.

9  **CERTIFICATE OF SERVICE**

10

11      I hereby certify that on September 3, 2009, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

12

13  The Honorable Neil Wake
United States District Court
401 West Washington Street,
14  Phoenix, Arizona 85003-2158

15  Joel B. Robbins, Esq.
Ann Findling, Esq.
16  ROBBINS & CURTIN, PLLC
301 East Bethany Home Road, Suite B-100
17  Phoenix, Arizona  85012
Counsel for Plaintiff

18  *s/Eileen Henry*
19  Eileen Henry, Paralegal
SCHMITT, SCHNECK, SMYTH & HERROD, P.C.

SCHMITT, SCHNECK, SMYTH & HERROD, P.C.
Professional Corporation

2